UNITED STATES BANKRUPTCY COURT
DISTRICT OF   MINNESOTA

| | | |
|---|---|---|
| In Re: | § § | |
| GALETKA, ROBERT A. | § | Case No. 16-43799 |
| MCCOMBER-GALETKA, BETSY J. | § § | |
| Debtors | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RANDALL L. SEAVER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 358,654.27  
*(Without deducting any secured claims)*

Assets Exempt: 103,610.23

Total Distributions to Claimants:  14,419.95

Claims Discharged Without Payment:  38,787.28

Total Expenses of Administration:  10,661.91

---

3) Total gross receipts of $ 29,328.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,246.14  (see **Exhibit 2**), yielded net receipts of $ 25,081.86  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 401,356.13 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,081.91 | 12,661.91 | 10,661.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,787.28 | 14,052.60 | 14,052.60 | 14,419.95 |
| TOTAL DISBURSEMENTS | $ 440,143.41 | $ 26,134.51 | $ 26,714.51 | $ 25,081.86 |

4) This case was originally filed under chapter 7 on 12/29/2016 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2018          By:/s/RANDALL L. SEAVER, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SINGLE-FAMILY HOME, LOT FIVE (5) AND THE WEST 24. | 1110-000 | 23,500.00 |
| 2016 FEDERAL AND STATE INCOME TAX REFUNDS | 1124-000 | 5,828.00 |
| **TOTAL GROSS RECEIPTS** | | **$29,328.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROBERT GALETKA & BETSY McCOMBER-GALETKA | Exemptions | 8100-000 | 4,217.00 |
| ROBERT GALETKA | Non-Estate Funds Paid to Third Parties | 8500-000 | 29.14 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,246.14** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Plaza Home Mortgage 8420 Eastgate Mall, Suite 100 San Diego, CA 92121 | | 258,425.00 | NA | NA | 0.00 |
| | WELLS FARGO HOME MORTGAGE CORRESPOND RESOLUTN X2501-01T 1 HOME CAMPUS DES MOINES, IA 50328 | | 93,413.70 | NA | NA | 0.00 |
| | Wells Fargo Bank , N.A.Debtor 2Betsy J. McComber-GaletkaFirst Name PO Box 10335 Des Moines, IA 50306 | | 49,517.43 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 401,356.13 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RANDALL L. SEAVER, TRUSTEE | 2100-000 | NA | 3,261.10 | 3,261.10 | 3,261.10 |
| TRUSTEE EXPENSES:RANDALL L. SEAVER, TRUSTEE | 2200-000 | NA | 219.39 | 219.39 | 219.39 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 7.46 | 7.46 | 7.46 |
| TRUSTEE INSURANCE AGENCY | 2410-000 | NA | 38.80 | 38.80 | 38.80 |
| FLATER PLUMBING & HEATING, INC | 2420-000 | NA | 175.00 | 175.00 | 175.00 |
| TRUSTEE INSURANCE AGENCY | 2420-000 | NA | 362.26 | 362.26 | 362.26 |
| CLOSING COSTS | 2500-000 | NA | 795.50 | 795.50 | 795.50 |
| ASSOCIATED BANK | 2600-000 | NA | 190.75 | 190.75 | 190.75 |
| REAL ESTATE TAXES | 2820-000 | NA | 1,476.40 | 1,476.40 | 1,476.40 |
| CITY OF LADYSMITH | 2990-000 | NA | 111.25 | 111.25 | 111.25 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):FULLER, SEAVER, SWANSON & KELSCH, | 3110-000 | NA | 619.00 | 619.00 | 619.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):RICHARD SUMMERFIELD | 3110-000 | NA | 0.00 | 580.00 | 580.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):PAIEMENT LAW OFFICE, LLC | 3410-000 | NA | 825.00 | 825.00 | 825.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):COLDWELL BANKER NORTHERN | 3510-000 | NA | 2,400.00 | 2,400.00 | 1,200.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):RIVERBEND REALTY GROUP | 3510-000 | NA | 800.00 | 800.00 | 0.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):RIVERBEND REALTY GROUP LLC | 3510-000 | NA | 800.00 | 800.00 | 800.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,081.91 | $ 12,661.91 | $ 10,661.91 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE CARD SERVICES PO BOX 15298 Wilmington, DE 19850-5298 | | 9,907.41 | NA | NA | 0.00 |
| | CITI CARDS BOX 6500 Sioux Falls, SD 57117 | | 6,835.00 | NA | NA | 0.00 |
| | CITI CARDS BOX 6500 Sioux Falls, SD 57117 | | 7,732.99 | NA | NA | 0.00 |
| | CITI CARDS BOX 6500 Sioux Falls, SD 57117 | | 7,666.71 | NA | NA | 0.00 |
| | GREENSKY PO BOX 29429 Atlanta, GA 30359 | | 3,820.27 | NA | NA | 0.00 |
| | SYNCHRONY BANK/JCP ATTN: BANKRUPTCY DEPT PO BOX 965060 Orlando, FL 32896 | | 536.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US BANK CARDMEMBER SERVICE PO BOX 6339 Fargo, ND 58125 | | 396.90 | NA | NA | 0.00 |
| | US BANK CB DISPUTES PO BOX 108 Saint Louis, MO 63166 | | 1,892.00 | NA | NA | 0.00 |
| 000001 | GREENSKY, LLC. | 7100-000 | NA | 1,952.97 | 1,952.97 | 1,952.97 |
| 000004 | SYNCHRONY BANK | 7100-000 | NA | 536.58 | 536.58 | 536.58 |
| 000003 | U.S. BANK NATIONAL ASSOCIATION | 7100-000 | NA | 1,848.73 | 1,848.73 | 1,848.73 |
| 000002 | VERIZON | 7100-000 | NA | 83.54 | 83.54 | 83.54 |
| 000005 | CHASE BANK USA, NA | 7200-000 | NA | 9,630.78 | 9,630.78 | 9,630.78 |
| | CHASE BANK USA, NA | 7990-000 | NA | NA | NA | 251.76 |
| | GREENSKY, LLC. | 7990-000 | NA | NA | NA | 51.05 |
| | SYNCHRONY BANK | 7990-000 | NA | NA | NA | 14.03 |
| | U.S. BANK NATIONAL ASSOCIATION | 7990-000 | NA | NA | NA | 48.33 |
| | VERIZON | 7990-000 | NA | NA | NA | 2.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 38,787.28 | $ 14,052.60 | $ 14,052.60 | $ 14,419.95 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-43799 | Judge: Unknown |
|---|---|---|
| Case Name: | GALETKA, ROBERT A. | |
| | MCCOMBER-GALETKA, BETSY J. | |
| For Period Ending: | 10/14/18 | |

| Trustee Name: | RANDALL L. SEAVER, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 12/29/16 (f) |
| 341(a) Meeting Date: | 02/02/17 |
| Claims Bar Date: | 06/23/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, LOT 8, BLOCK 1, SPRING VALLEY   Debtor Claimed Exemption | 289,900.00 | 0.00 | | 0.00 | FA |
| 2. LOTS FOUR AND FIVE, BLOCK TWENTY-ONE, MENASHA WOOD | 99,000.00 | 0.00 | | 0.00 | FA |
| 3. SINGLE-FAMILY HOME, LOT FIVE (5) AND THE WEST 24. | 35,942.12 | 19,312.00 | | 23,500.00 | FA |
| 4. 2003 BUICK LESABRE LTD (FAIR CONDITION) MILEAGE: 1   Debtor Claimed Exemption | 1,905.00 | 0.00 | | 0.00 | FA |
| 5. 2005 TOYOTA CORROLLA CE (FAIR CONDITION) MILEAGE:   Debtor Claimed Exemption | 2,441.00 | 0.00 | | 0.00 | FA |
| 6. FURNITURE, APPLIANCES, COOKWARE AND DISHES, MISC.   Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. 10-YEAR OLD TV $100, SON'S COMPUTER $300, PRINTER   Debtor Claimed Exemption | 785.00 | 0.00 | | 0.00 | FA |
| 8. VARIOUS ITEMS OF MUSICAL INSTRUMENTS AND EQUIPMENT   Debtor Claimed Exemption | 1,090.00 | 0.00 | | 0.00 | FA |
| 9. ORDINARY CLOTHING   Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 10. ORDINARY CLOTHING   Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 11. GOLD WEDDING BAND   Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 12. ANNIVERSARY RING WITH SMALL DIAMOND   Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 13. DAMAGED GOLD TANZENITE RING   Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 14. MISC. COSTUME JEWELRY   Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 15. CAT AND DOG   Debtor Claimed Exemption | 1.00 | 0.00 | | 0.00 | FA |
| 16. CASH   Debtor Claimed Exemption | 117.00 | 0.00 | | 0.00 | FA |
| 17. TCF BANK   Debtor Claimed Exemption | 576.47 | 0.00 | | 0.00 | FA |
| 18. TCF BANK   Debtor Claimed Exemption | 3.04 | 0.00 | | 0.00 | FA |
| 19. WELLS FARGO BANK   Debtor Claimed Exemption | 34.96 | 0.00 | | 0.00 | FA |

PFORM1

Ver: 20.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 16-43799 | Judge: Unknown | |
|---|---|---|---|
| Case Name: | GALETKA, ROBERT A. | | |
| | MCCOMBER-GALETKA, BETSY J. | | |

| Trustee Name: | RANDALL L. SEAVER, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 12/29/16 (f) |
| 341(a) Meeting Date: | 02/02/17 |
| Claims Bar Date: | 06/23/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. WELLS FARGO BANK | 0.00 | 0.00 | | 0.00 | FA |
| 21. OPTUM BANK | 2,760.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 22. CENTER RECORDS, LLC. ASSETS OF 3 COPYRIGHTED RECOR | 3,677.98 | 0.00 | | 0.00 | FA |
| 23. LT TRUST - GROSS AMOUNT $90,573.79, LESS LOAN OF $ | 50,711.37 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 24. 2016 FEDERAL AND STATE INCOME TAX REFUNDS | Unknown | 5,798.86 | | 5,828.00 | FA |
| 25. NET WAGES THAT I HAVE EARNED, BUT NOT YET PD | 2,681.59 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 26. NET WAGES THAT I HAVE EARNED, BUT HAVE NOT YET PD | 429.09 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 27. TERM LIFE INSURANCE, NO CASH VALUE, BENEFICIARY: M | 1.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 28. VARIOUS ITEMS OF MUSICAL INSTRUMENTS AND EQUIPMENT | 2,700.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 29. 2016 PROPERTY TAX REFUND (u) NONE | 0.00 | 0.00 | | 0.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $498,206.62     $25,110.86     $29,328.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR

Initial Projected Date of Final Report (TFR): 12/31/17     Current Projected Date of Final Report (TFR): 12/31/18

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-43799 | Trustee Name: | RANDALL L. SEAVER, TRUSTEE |
|---|---|---|---|
| Case Name: | GALETKA, ROBERT A. | Bank Name: | ASSOCIATED BANK |
| | MCCOMBER-GALETKA, BETSY J. | Account Number / CD #: | *******9951 Checking Account |
| Taxpayer ID No: | 36-7701240 | | |
| For Period Ending: | 10/14/18 | Blanket Bond (per case limit): | $ 26,510,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/17 | 24 | STATE OF MN<br>658 CEDAR STREET, STE 400<br>ST PAUL, MN 55155-1616 | 2016 MN TAX REFUND | 1124-000 | 1,006.00 | | 1,006.00 |
| 05/30/17 | 100001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420, 701 POYDRAS ST<br>NEW ORLEANS, LA 70139 | BOND PREMIUM<br>BOND #016018055 | 2300-000 | | 0.31 | 1,005.69 |
| 05/31/17 | 24 | UNITED STATES TREASURY<br>KANSAS CITY, MO | 2016 FED TAX REFUND | 1124-000 | 4,822.00 | | 5,827.69 |
| * 06/04/17 | 100002 | ROBERT GALETKA<br>BETSY McCOMBER-GALETKA<br>320 W. 170TH STREET<br>BLOOMINGTON, MN 55420 | DEBTOR SHARE OF 2016 MN TAX REF | 8500-004 | | 5.03 | 5,822.66 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,812.66 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,802.66 |
| * 08/09/17 | 100003 | ROBERT GALETKA<br>BETSY MCCOMBER-GALETKA<br>320 W 170TH STREET<br>BLOOMINGTON, MN 55420 | DEBTOR SHARE OF 2016 FED TAX REFUND | 8500-003 | | 24.11 | 5,778.55 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,768.55 |
| * 09/13/17 | 100002 | ROBERT GALETKA<br>BETSY McCOMBER-GALETKA<br>320 W. 170TH STREET<br>BLOOMINGTON, MN 55420 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 8500-004 | | -5.03 | 5,773.58 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,763.58 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,753.58 |
| * 11/13/17 | 100003 | ROBERT GALETKA<br>BETSY MCCOMBER-GALETKA<br>320 W 170TH STREET<br>BLOOMINGTON, MN 55420 | DEBTOR SHARE OF 2016 FED TAX REFUND<br>STALE CHECK | 8500-003 | | -24.11 | 5,777.69 |
| 11/14/17 | 100004 | FLATER PLUMBING & HEATING, INC<br>W 7697 OLD 8 RD<br>LADYSMITH, WI 54848 | WINTERIZE HOME | 2420-000 | | 175.00 | 5,602.69 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,592.69 |
| 12/11/17 | 100005 | CITY OF LADYSMITH<br>PO BOX 431<br>LADYSMITH, WI 54848-2651 | UTILITY BILL<br>401 PARK AVE E | 2990-000 | | 111.25 | 5,481.44 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,471.44 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,461.44 |
| 02/28/18 | 100006 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI 49006 | REAL PROPERTY INSURANCE<br>INVOICE #9904 | 2410-000 | | 38.80 | 5,422.64 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,412.64 |
| 03/29/18 | | RUSK COUNTY ABSTRACT CO<br>ESCROW ACCOUNT<br>PO BOX 427<br>LADYSMITH, WI 54848 | HOME SALE | | 19,228.10 | | 24,640.74 |
| | 3 | RUSK COUNTY ABSTRACT CO | Memo Amount: 23,500.00 | 1110-000 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-43799 | Trustee Name: | RANDALL L. SEAVER, TRUSTEE |
|---|---|---|---|
| Case Name: | GALETKA, ROBERT A. | Bank Name: | ASSOCIATED BANK |
| | MCCOMBER-GALETKA, BETSY J. | Account Number / CD #: | *******9951 Checking Account |
| Taxpayer ID No: | 36-7701240 | | |
| For Period Ending: | 10/14/18 | Blanket Bond (per case limit): | $ 26,510,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | COLDWELL BANKER NORTHERN | HOME SALE<br>    Memo Amount:   (      1,200.00 )<br>REALTOR COMMISSION | 3510-000 | | | |
| | | RIVERBEND REALTY GROUP LLC | Memo Amount:   (       800.00 )<br>REALTOR COMMISSION | 3510-000 | | | |
| | | | Memo Amount:   (       795.50 )<br>CLOSING COSTS | 2500-000 | | | |
| | | | Memo Amount:   (     1,476.40 )<br>REAL ESTATE TAXES | 2820-000 | | | |
| 03/30/18 | 100007 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI  49006 | REAL PROPERTY INSURANCE | 2420-000 | | 362.26 | 24,278.48 |
| 03/30/18 | 100008 | ROBERT GALETKA & BETSY<br>McCOMBER-GALETKA<br>C/O GREGORY J. WALD<br>3800 AMERICAN BLVD W, SUITE 1500<br>BLOOMINGTON, MN  55431 | EXEMPT AMOUNT OF PROPERTY SOLD | 8100-000 | | 4,217.00 | 20,061.48 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 20,051.48 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.23 | 20,019.25 |
| 06/02/18 | 100009 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS ST, SUITE 420<br>NEW ORLEANS, LA  70139 | BOND PREMIUM<br>BOND #016018054 | 2300-000 | | 7.15 | 20,012.10 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.76 | 19,982.34 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.76 | 19,953.58 |
| 07/24/18 | 100010 | ROBERT GALETKA<br>BETSY McCOMBER-GALETKA<br>320 W. 170TH STREET<br>BLOOMINGTON, MN  55420 | DEBTOR SHARE OF 2016 MN TAX REF<br>REISSUE STALE CHECK | 8500-000 | | 5.03 | 19,948.55 |
| 07/24/18 | 100011 | ROBERT GALETKA<br>BETSY MCCOMBER-GALETKA<br>320 W 17OTH STREET<br>BLOOMINGTON, MN  55420 | DEBTOR SHARE OF 2016 FED TAX REFUND<br>REISSUE STALE CHECK | 8500-000 | | 24.11 | 19,924.44 |
| 09/06/18 | 100012 | RANDALL L. SEAVER, TRUSTEE<br>12400 PORTLAND AVENUE SOUTH<br>SUITE 132<br>BURNSVILLE, MN  55337 | Chapter 7 Compensation/Fees | 2100-000 | | 3,261.10 | 16,663.34 |
| 09/06/18 | 100013 | RANDALL L. SEAVER, TRUSTEE<br>12400 PORTLAND AVENUE SOUTH<br>SUITE 132<br>BURNSVILLE, MN  55337 | Chapter 7 Expenses | 2200-000 | | 219.39 | 16,443.95 |
| 09/06/18 | 100014 | FULLER, SEAVER, SWANSON & KELSCH, P.A.<br>12400 PORTLAND AVENUE SOUTH<br>SUITE 132<br>BURNSVILLE, MN  55337 | Claim 000006, Payment 100.00000%<br>ATTORNEY FEES | 3110-000 | | 619.00 | 15,824.95 |
| 09/06/18 | 100015 | RICHARD SUMMERFIELD | Claim 000007, Payment 100.00000%<br>ATTORNEY FEES | 3110-000 | | 580.00 | 15,244.95 |
| 09/06/18 | 100016 | PAIEMENT LAW OFFICE, LLC | Claim 000008, Payment 100.00000% | 3410-000 | | 825.00 | 14,419.95 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 16-43799 | Trustee Name: | RANDALL L. SEAVER, TRUSTEE |
|---|---|---|---|
| Case Name: | GALETKA, ROBERT A. | Bank Name: | ASSOCIATED BANK |
| | MCCOMBER-GALETKA, BETSY J. | Account Number / CD #: | *******9951 Checking Account |
| Taxpayer ID No: | 36-7701240 | | |
| For Period Ending: | 10/14/18 | Blanket Bond (per case limit): | $ 26,510,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Date | Check | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/06/18 | 100017 | 221 EAST MYRTLE STREET STILLWATER, MN 55082 GREENSKY, LLC. 1797 N.E EXPRESSWAY, SUITE 100 ATLANTA, GA 30329-3614 | ACCOUNTANT FEES Claim 000001, Payment 102.61397% (1-1) ACCOUNT NUMBER (LAST 4 DIGITS):8520 | | | 2,004.02 | 12,415.93 |
| | | | Claim         1,952.97 | 7100-000 | | | |
| | | | Interest         51.05 | 7990-000 | | | |
| 09/06/18 | 100018 | VERIZON BY AMERICAN INFOSOURCE LP AS AGENT 4515 N SANTA FE AVE OKLAHOMA CITY, OK 73118 | Claim 000002, Payment 102.60953% | | | 85.72 | 12,330.21 |
| | | | Claim         83.54 | 7100-000 | | | |
| | | | Interest         2.18 | 7990-000 | | | |
| 09/06/18 | 100019 | U.S. BANK NATIONAL ASSOCIATION BANKRUPTCY DEPARTMENT PO BOX 108 ST. LOUIS MO 63166-0108 | Claim 000003, Payment 102.61423% | | | 1,897.06 | 10,433.15 |
| | | | Claim         1,848.73 | 7100-000 | | | |
| | | | Interest         48.33 | 7990-000 | | | |
| 09/06/18 | 100020 | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC PO BOX 41021 NORFOLK VA 23541 | Claim 000004, Payment 102.61471% (4-1) JCP CREDIT CARD OR GEMB OR GECRB | | | 550.61 | 9,882.54 |
| | | | Claim         536.58 | 7100-000 | | | |
| | | | Interest         14.03 | 7990-000 | | | |
| 09/06/18 | 100021 | Chase Bank USA, NA c/o Kevin C Drsicoll, Jr Barnes & Thornburg LLP 1 North Wacker Drive, Suite 4400 Chicago, IL 60606 | Claim 000005, Payment 102.61412% | | | 9,882.54 | 0.00 |
| | | | Claim         9,630.78 | 7200-000 | | | |
| | | | Interest         251.76 | 7990-000 | | | |

**Total Of All Accounts    0.00**